UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2021
```

DANA JACOBSON,

        Plaintiff,

-against-

210 EMPIRE LLC d/b/a EMPIRE DINER, EMPIRE DINER OF NYC, LLC, and 491 CHELSEA APARTMENTS, LLC,

        Defendants.

1:19-cv-06442-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

  The Court is informed by the Court-appointed mediator that the parties have reached a settlement in principle [ECF No. 61].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the Parties are unable to memorialize their settlement in a written agreement, and as long as the application to restore the action is made by **May 13, 2021**.  If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: April 13, 2021**            */s/ Mary Kay Vyskocil*
    **New York, NY**           **MARY KAY VYSKOCIL**
                      **United States District Judge**